# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Wenden Sean Martell, <br><br> Defendant. | Cause No. CR 23-103-GF-BMM <br><br> **ORDER** |

Upon the motion of the Counsel and good cause appearing therefore;

IT IS HEREBY ORDERED that the motion is DENIED. The United States Marshal Service will contact the Court about Defendant Wenden Martell's arrival in Montana and his arraignment will be scheduled then.

DATED this 11th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court